## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**BRYAN J. GORMAN,**

      **Petitioner,**

**VS.**

          **NO. 5:16-CV-86 (MTT)**

**Warden CLAY TATUM,**

      **Respondent.**      **O R D E R**

     While confined at Rogers State Prison ("RSP"), Petitioner Bryan J. Gorman filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2254 in the United States District Court for the Northern District of Georgia. The action was subsequently transferred to this Court (ECF No. 4).

     After the transfer, this Court ordered Petitioner to either pay the $5.00 filing fee or file an application seeking leave to proceed *in forma pauperis* (ECF No. 7). That Order has now been returned to the Court marked "Return to Sender" and "Not at RSP." (ECF No. 9). According to the Georgia Department of Corrections' website, Petitioner has been paroled. Petitioner has not notified this Court of his parole or his whereabouts. As this Court has no information regarding Petitioner's current address, it is hereby **ORDERED** that his habeas petition be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 28th day of March, 2016.

              S/ Marc T. Treadwell
              MARC T. TREADWELL, JUDGE
              UNITED STATES DISTRICT COURT